**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| HIEYMI BAUTISTA-LOPEZ, | No. 13-74249 |
| Petitioner, | Agency No. A089-591-615 |
| v. | |
| LORETTA E. LYNCH, Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 20, 2016[**]

Before:     CANBY, TASHIMA, and NGUYEN, Circuit Judges.

Hieymi Bautista-Lopez, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' ("BIA") order denying her motion to

remand.  We have jurisdiction under 8 U.S.C. § 1252.  We review for abuse of

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

discretion  the denial of a motion to remand.  *Romero-Ruiz v. Mukasey,* 538 F.3d 1057, 1062 (9th Cir. 2008).  We deny the petition for review.

The BIA did not abuse its discretion in denying the motion to remand where Bautista-Lopez failed to demonstrate that the new evidence she submitted would likely have changed the outcome of her case.  *See Shin v. Mukasey,* 547 F.3d 1019, 1025 (9th Cir. 2008) ("Aliens who seek to remand or reopen proceedings to pursue relief bear a 'heavy burden' of proving that, if proceedings were reopened, the new evidence would likely change the result in the case." (citation omitted)).

In light of this disposition, we do not reach Bautista-Lopez's remaining contentions.

**PETITION FOR REVIEW DENIED.**